# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 94 CR 280 - 1 | **DATE** | 2/20/2001 |
| **CASE TITLE** | USA vs. Ricardo Rivera | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. This court grants that last-mentioned relief (a 30-day extension of the right to appeal) on the premise that the current motion's origin in a criminal case makes those rules most appropriate for application (see Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts). (169-1)
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | number of notices | |
| | No notices required. | | | | |
| ✓ | Notices mailed by judge's staff. | | | date docketed | 170 |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | docketing deputy initials | |
| | Mail AO 450 form. | | | 2/20/2001 | |
| | Copy to judge/magistrate judge. | | | date mailed notice | |
| SN | courtroom deputy's initials | | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 94 CR 280-1
)
RICARDO RIVERA, )
)
Defendant. )

MEMORANDUM ORDER

Ricardo Rivera ("Rivera") has submitted a self-prepared "Motion for Extension of Time to File Motion for Rehearing," asking for additional time to seek reconsideration of this Court's February 1, 2001 memorandum order ("Order"). In the Order, after explaining why Rivera's recently-filed motion for a reduction of his sentence was without merit, this Court concluded by denying his motion.

Because that initial motion in this long-ago-disposed-of case was essentially the institution of a new proceeding (whether characterized as a 28 U.S.C. §2255 motion or otherwise), its denial via the Order was equally the equivalent of a judgment of dismissal. There is nothing in the Federal Rules of Criminal Procedure (just as there is nothing in the Federal Rules of Civil Procedure) that provides in terms for motions for reconsideration, a concept that derives solely from common law origins. If any effort to seek reconsideration of the Order were to be likened to a Fed. R. Civ. P. ("Rule") 59(e) motion to alter

or amend a judgment, this Court would be without power to extend the specified time period by reason of Rule 6(b). If instead the Rules applicable to criminal cases are to be looked at, the motion is not one that qualifies under Fed. R. App. P. ("App. Rule") 4(b)(3), so that the most that this Court could do by way of an extension is to grant Rivera another 30 days within which to file a notice of appeal (see App. Rule 4(b)(4)) beyond a period of 10 days after the entry of the February 1 order (see App. Rule 4(b)(1)(A)).

This Court grants that last-mentioned relief (a 30-day extension of the right to appeal) on the premise that the current motion's origin in a criminal case makes those rules most appropriate for application (see Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts). But in any event, Rivera should understand that if and when he may choose to tender a further filing asking for reconsideration of the Order, this Court will treat such a request under the appropriate standards.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date: February 20, 2001